UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-20356-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

STEVEN NOREIUS,
        Defendant.
_____/

### ORDER

THIS MATTER is before the Court on the Motion for Reconsideration of Bond (DE# 22, 6/1/15) filed by the defendant. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion for Reconsideration of Bond (DE# 22, 6/1/15) is **DENIED** for the reasons stated herein.

On May 18, 2015, the undersigned held a hearing pursuant to 18 U.S.C. § 3142(f) to determine whether the defendant should be detained prior to trial. Following that hearing, the undersigned issued a Detention Order (DE# 17, 5/19/15). The undersigned found by clear and convincing evidence that "there [we]re no conditions or combinations of conditions which w[ould] reasonably assure the safety of other persons and the community." See Detention Order (DE# 10 at 3, 10/24/13). Specifically, the undersigned stated: "Based on the defendant's participation in the instant robbery in which he threatened a teller by indicating there were two shooters outside, his lack of any employment history and his apparent need for money, the defendant constitutes a danger to persons in the community." Id. at 2.

"[R]econsideration of a previous order is an extraordinary remedy to be employed sparingly." Burger King Corp. v. Ashland Equities, Inc., 181 F. Supp. 2d 1366, 1370 (S.D.

Fla. 2002) (citing <u>Mannings v. Sch. Bd. of Hillsborough Cnty.</u>, 149 F.R.D. 235, 235 (M.D. Fla. 1993)). "There are three major grounds which justify reconsideration: (1) an intervening change in the controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." <u>Id.</u> at 1369 (citing <u>Offices Togolais Des Phosphates v. Mulberry Phosphates, Inc.</u>, 62 F. Supp. 2d 1316, 1331 (M.D. Fla. 1999); <u>Sussman v. Salem, Saxon & Nielsen, P.A.</u>, 153 F.R.D. 689, 694 (M.D. Fla. 1994)); <u>see also</u> <u>United States v. Edler</u>, No. 13-60168-CR, 2013 WL 4543695, at *1 (S.D. Fla. 2013) (applying reconsideration factors set forth in <u>Burger King</u>, 181 F. Supp. at 1370 to motion for reconsideration of an order affirming a pretrial detention order).

On June 1, 2015, the defendant filed the instant motion for reconsideration asking the Court to set a bond in this case. In support of his motion, the defendant has attached the affidavits of his mother, his brother, his sister and a family friend attesting to the defendant's good character and positive influence on their lives. The undersigned notes that information attested to in the affidavits was known to the defendant and could have been presented to the Court at the May 18, 2015 detention hearing. Even taking the substance of the affidavits into consideration, the Court will persist in its prior finding that the defendant constitutes a danger to the community. Accordingly, the instant motion is **DENIED**.

DONE AND ORDERED, in Chambers, at Miami, Florida this **3rd** day of June, 2015.

JOHN  J.  O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Middlebrooks
All counsel of record

2